COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| | | No. 08-16-00175-CV |
| IN RE: | § | |
| HALLMARK COUNTY MUTUAL | | AN ORIGINAL PROCEEDING |
| INSURANCE COMPANY, | § | |
| | | IN MANDAMUS |
| Relator. | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Sue Kurita, Judge of the County Court at Law No. 6 of El Paso County, Texas, and concludes that Relator's petition for writ of mandamus should be conditionally granted. We therefore conditionally grant the petition for writ of mandamus and order the trial court to set aside its order entered on July 21, 2016 granting the motion to compel. The writ will issue only if the trial court fails to comply.

IT IS SO ORDERED THIS 30TH DAY OF NOVEMBER, 2016.


STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.